UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

KENNETH BACCHUS,

                                   Plaintiff,

            -against-

CITY OF NEW YORK, CITY OF NEW YORK POLICE
SERGEANT ROBERT AGATE, CITY JURY TRIAL
DEMANDED OF NEW YORK POLICE OFFICER
WILLIAM SCHUMACHER, CITY OF NEV/ YORK
POLICE OFFICER GEORIN DURAN, CITY OF NEW
YORK POLICE OFFICER JOHN DOE, CITY OF NEW
YORK POLICE OFFICER JANE DOE, Individually and
in Their Official Capacities as Police Officers of the City of
New York,,

                                                         Defendants.
----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-4264 (FB) (RML)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and



2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May 31, 2017

| | |
|---|---|
| THE LAW OFFICES OF VALERIE HAWKINS<br>*Attorney for Plaintiff*<br>77 Saint Pauls Road North<br>Hempstead, NY 11550<br>516-292-0984<br><br>By: _____<br>Valerie Hawkins<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City, Agate, Schumacher, and Duran*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Paul H. Johnson<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. FREDERICH BLOCK
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017

2